1

2

3                              UNITED STATES DISTRICT COURT

4                            NORTHERN DISTRICT OF CALIFORNIA

5

6     MARK GONZALEZ,                              Case No.  22-cv-04720-TSH

7                  Plaintiff,
                                                  **ORDER TO SHOW CAUSE**
8            v.

9     STYLEWORKS DESIGN GROUP, INC.,

10                 Defendant.

11

12          On March 23, 2023, Plaintiff Mark Gonzalez filed a notice that this case has settled.  ECF

13   No. 21.  Plaintiff requested the Court vacate all pending hearing dates and allow 60 days to file a

14   dismissal.  The Court granted Plaintiff's request and directed the parties to file a dismissal or joint

15   status report by May 22, 2023.  ECF No. 22.  As of today, no dismissal or status report has been

16   filed, despite three continuances of the deadline.  ECF Nos. 23-25.  Accordingly, the Court

17   **ORDERS** Plaintiff Mark Gonzalez to show cause why this case should not be dismissed for

18   failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by

19   June 26, 2023.  If a responsive declaration is filed, the Court shall either issue an order based on

20   the declaration or conduct a hearing on July 6, 2023 at 10:00 a.m. by Zoom video conference.  The

21   webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

22          Notice is hereby provided that failure to file a written response will be deemed an

23   admission that Plaintiff does not intend to prosecute, and the case may be dismissed without

24   prejudice.  Thus, it is imperative the Court receive a written response by the deadline above.

25          **IT IS SO ORDERED.**

26   Dated: June 14, 2023

27                                                _____
                                                  THOMAS S. HIXSON
28                                                United States Magistrate Judge

United States District Court
Northern District of California